1  ADAM PAUL LAXALT
   Attorney General
2  DARBY G. PHELPS, Bar No. 14599
   Deputy Attorney General
3  State of Nevada
   Bureau of Litigation
4  Public Safety Division
   100 N. Carson Street
5  Carson City, Nevada 89701-4717
   Tel: (775) 684-1159
6  E-mail: dphelps@ag.nv.gov

7  *Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRENDAN NASBY, | Case No. 3:17-cv-00447-MMD-CBC |
| Plaintiff, | |
| v. | **MOTION TO EXTEND THE STAY** |
| STATE OF NEVADA, ex re. NDOC, et al., | |
| Defendants. | |

Defendants, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Darby G. Phelps, Deputy Attorney General, hereby move to have the stay in this matter extended until seven days after completion of the early mediation conference. This Court entered its Screening Order (ECF No. 5) on July 19, 2018. The Order stayed the matter for 90 days and referred the matter to the Court's Inmate Early Mediation Program. An early mediation conference has been set for November 13, 2018. (ECF No. 8). However, by that date the 90-day stay will have expired.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

Accordingly, Defendants respectfully request that this Court stay that matter until seven days after the early mediation conference has been completed.

DATED this 16th day of October, 2018.

                ADAM PAUL LAXALT
                Attorney General

                By: _____
                      DARBY G. PHELPS
                      Deputy Attorney General
                      State of Nevada
                      Bureau of Litigation
                      Public Safety Division

                *Attorneys for Defendants*

                IT IS SO ORDERED>.

                Date: October 17, 2018.

                _____
                UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 16th day of October, 2018, I caused a copy of the foregoing, **MOTION TO EXTEND THE STAY**, to be served, by U.S. District Court CM/ECF Electronic Filing on the following:

Brendan Nasby, #63618
Care of LCC Law Librarian
Lovelock Correctional Center
1200 Prison Road
Lovelock, NV 89419
lcclawlibrary@doc.nv.gov

_____
An employee of the
Office of the Attorney General