# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| BRENDAN NASBY, | ) | 3:17-CV-0447-MMD-CBC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | April 9, 2019 |
| STATE OF NEVADA, et al., | ) | |
| Defendants. | ) | |

PRESENT: <u>THE HONORABLE CARLA BALDWIN CARRY</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>LISA MANN</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's *ex parte* motion for extension of time to complete service (ECF No. 35) is **GRANTED in part**. Plaintiff shall have until to **Friday, May 3, 2019** to complete service of process on this defendant.

Plaintiff inquires about defendant Howard Skolnik. The United States Marshal ("USM") returned the summons for this defendant unexecuted after three endeavors at his last known address on different dates and times revealed "no one home" (ECF No. 29). Plaintiff has not provided a more detailed address for said defendant; therefore, court will not order the USM to make further attempts to serve this defendant at the court's expense. The court is confident plaintiff can proceed to litigate this case with the other eight appearing NDOC defendants.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: <u>      /s/      </u>
Deputy Clerk