AARON D. FORD
  Attorney General
DARBY G. PHELPS, Bar No. 14599
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1159
E-mail: dphelps@ag.nv.gov

*Attorneys for Defendants*
*Renee Baker, Debra Brooks, Quentin Byrne,*
*Tara Carpenter, James Cox, Adam Endel,*
*E.K. McDaniel and William Sandie*

FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

APR 15 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA      ORDER

BRENDAN NASBY,

　　　　　Plaintiff,

v.

STATE OF NEVADA, ex re. NDOC, et al.,

　　　　　Defendants.

Case No. 3:17-cv-00447-MMD-CBC

**MOTION FOR EXTENSION OF TIME TO SERVE DISCOVERY RESPONSES TO INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS SET ONE**

**(FIRST REQUEST)**

Defendant, James Cox, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Darby G. Phelps, Deputy Attorney General, submits his Motion for Extension of Time to Serve Discovery Responses to Interrogatories and Request for Production of Documents Set One. This Motion is based on Federal Rule of Civil Procedure 6(b)(1)(A), the following Memorandum of Points and Authorities, and all papers and pleadings on file in this action.

## MEMORANDUM OF POINTS AND AUTHORITIES

**I.   ARGUMENT**

Defendant respectfully request a thirty (30) day extension of time out from the current deadline (April 15, 2019) to serve the first discovery responses in this case. On information and belief, Defendant recently underwent a medical procedure inhibiting his ability to respond to Plaintiff's discovery requests.

///

1

Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Defendant's request is timely and its limited nature will not hinder or prejudice Plaintiff's case, but will allow for more thorough responses to Plaintiff's discovery requests. The requested thirty (30) day extension of time should permit Defendant time to adequately research and respond to Plaintiff's discovery requests. Defendants assert that the requisite good cause is present to warrant the requested extension of time. Additionally, the same discovery requests were served upon the other Defendants, who timely submitted responses.

For these reasons, Defendant respectfully requests a thirty (30) day extension of time from the current deadline to serve discovery responses, with a new deadline to and including Wednesday, May 15, 2019.

DATED this 12th day of April, 2019.

AARON D. FORD
Attorney General

By: _____
DARBY G. PHELPS
Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division

*Attorneys for Defendants*

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE
DATED: 4/15/2019