# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRENDAN NASBY, | 3:17-CV-0447-MMD-CBC |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | August 12, 2019 |
| RENEE BAKER, et al., | |
| Defendants. | |

PRESENT: THE HONORABLE CARLA BALDWIN CARRY, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: LISA MANN     REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff filed a motion for leave to file second amended complaint (ECF No. 44). Defendants filed a notice of non-opposition (ECF No. 45). Therefore, plaintiff's motion to file second amended complaint (ECF No. 44) is **GRANTED.** The Clerk shall DETACH and file the second amended complaint attached to plaintiff's motion (ECF No. 44).

As to any newly named defendants, the Attorney General's Office shall file a notice by August 30, 2019 advising the court of the names of the defendants for whom it accepts service or the last-known address of those defendants under seal. An answer or other response to the second amended complaint shall be filed on or before October 8, 2019.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: /s/
Deputy Clerk