1  AARON D. FORD
     Attorney General
2  HARRY B. WARD, Bar No. 11317
     Deputy Attorney General
3  State of Nevada
   Public Safety Division
4  100 N. Carson Street
   Carson City, Nevada 89701-4717
5  Tel: (775) 684-1159
   E-mail: hward@ag.nv.gov
6
   *Attorneys for Defendants*
7  *Renee Baker, Debra Brooks, Quentin Byrne,*
   *Tara Carpenter, James Cox, Adam Endel,*
8  *E.K. McDaniel and William Sandie*

9                    **UNITED STATES DISTRICT COURT**

10                          **DISTRICT OF NEVADA**

11  BRENDAN NASBY,
                                          Case No.  3:17-cv-00447-MMD-CBC
12                  Plaintiff,

13  v.                                    **MOTION TO EXTEND THE DEADLINE**
                                          **TO FILE MOTIONS FOR**
14  STATE OF NEVADA, ex re. NDOC, et al., **SUMMARY JUDGMENT**
                                          **(First Request)**
15                  Defendants.

16         Defendants, Renee Baker, Debra Brooks, Quentin Byrne, Tara Carpenter, James Cox, Adam

17  Endel, E.K. McDaniel and William Sandie, by and through counsel, Aaron D. Ford, Attorney General

18  of the State of Nevada, and Harry B. Ward, Deputy Attorney General, hereby move to extend the

19  deadline to file dispositive motions in this matter by forty-five (45) days.

20         Brendan Nasby (Plaintiff), is a prisoner in the lawful custody of the Nevada Department of

21  Corrections (NDOC), and has submitted a first amended civil rights complaint (FAC) pursuant to 42

22  U.S.C. § 1983. (ECF Nos. 1, 3.)  Plaintiff has filed a motion for leave to file a second amended

23  complaint. (ECF. No. 44.)  Defendants filed a notice of non-opposition. (ECF No. 45.)  Thereafter,

24  Plaintiff filed an amended complaint. (ECF 49.)  This Court has granted Plaintiff's motion to file an

25  amended complaint (ECF No. 48) and has ordered the Attorney General's Office to file a Notice by

26  August 30, 2019, of the names of the defendants for whom it accepts service or the last-known address

27  of those defendants under seal. (*Id.*)  Defendants must file their answer or other response to the second

28  amended complaint on or before October 8, 2019. (*Id.*)

                                                1

1    Federal Rule of Civil Procedure 6(b)(1) governs enlargements of time and provides as follows:

2    When an act may or must be done within a specified time, the court
     may, for good cause, extend the time: (A) with or without motion or
3    notice if the court acts, or if a request is made, before the original
     time or its extension expires; or (B) on motion made after the time
4    has expired if the party failed to act because of excusable neglect.

5    The proper procedure, when additional time for any purpose is needed, is to present a request

6    for extension of time before the time fixed has expired. *Canup v. Miss. Val. Barge Line Co.*, 31 F.R.D.

7    282 (W.D. Pa. 1962). Extensions of time may always be asked for, and usually are granted on a

8    showing of good cause if timely made under subdivision (b)(1) of the Rule. *Creedon v. Taubman*, 8

9    F.R.D. 268 (N.D. Ohio 1947). The present deadline to file motions for summary judgment is today,

10   August 28, 2019. (ECF No. 41 at 3.)

11   Defendants seek an enlargement of time to file dispositive motions in this matter because: (1)

12   the Plaintiff has filed a second amended complaint; (2) defendants must file a notice by August 30,

13   2019, advising the court of the names of the defendants for whom it accepts service or the last-known

14   address of those defendants under seal; and (3) defendants must file their answer or other response to

15   the second amended complaint on or before October 8, 2019.

16   Good cause exists to extend the time to file this motion. This request is made in good faith and

17   not for the purpose of delay. Defendants respectfully submit that none of the parties will be prejudiced

18   by the extension of time sought.

19   If granted, the new deadline to file motions for summary judgment would be Monday, October

20   7, 2019

21   DATED this 28th day of August, 2019.

22   AARON D. FORD
     Attorney General
23

24   By: _____
     HARRY B. WARD, Bar No. 11317
25   Deputy Attorney General

26   *Attorneys for Defendants*

27   IT IS SO ORDERED

28   _____
     U.S. MAGISTRATE JUDGE

     2

     DATED: 8/29/2019

1

**CERTIFICATE OF SERVICE**

2      I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that

3   on this 28th day of August, 2019, I caused to be served a copy of the foregoing, **MOTION TO**

4   **EXTEND THE DEADLINE TO FILE MOTIONS FOR SUMMARY JUDGMENT (First**

5   **Request)**, by U.S. District Court CM/CFE Electronic Filing to:

6

7   Brendan Nasby, #63618
    Care of LCC Law Librarian

8   Lovelock Correctional Center
    1200 Prison Road

9   Lovelock, NV 89419
    lcclawlibrary@doc.nv.gov

10

11

12   *Caitie Collins*

13   An employee of the
     Office of the Attorney General

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28