# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRENDAN NASBY, | 3:17-CV-0447-MMD-CBC |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | October 30, 2019 |
| STATE OF NEVADA, et al., | |
| Defendants. | |

PRESENT: <u>THE HONORABLE CARLA BALDWIN CARRY</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>LISA MANN</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion to extend the deadline to file opposition to defendants' motion for summary judgment (ECF No. 66) is **GRANTED**. Plaintiff shall have to and including **Tuesday, November 12, 2019** to file an opposition to defendants' motion.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: <u>      /s/      </u>
Deputy Clerk